# EXHIBIT 2

Voip-Pal.com, Inc. v. AT&T

# EXHIBIT 2

| Patent 10,218,606 | AT&T Advanced Calling |
|---|---|
| 1. A method for routing communications in a packet switched communication system between a first participant device associated with a first participant and a second participant device associated with a second participant, the first and second participant devices being associated with first and second network elements of the communication system, respectively, the method comprising: | AT&T Advanced Calling routes a communication (e.g., a call or text message) in a packet switched communication system (e.g., an AT&T communication network) between a first participant device associated with a first participant and a second participant device associated with a second participant, the first and second participant devices being associated with first and second network elements, respectively, such as a server or servers (e.g., a node and/or cluster). On information and belief, the AT&T Advanced Calling communication platform includes multiple network elements operating alone or in nodes/clusters, each connected to multiple devices and networked together via local and wide area networks, for example, a cloud network architecture. *See*:<br><br>https://www.att.com/support/article/wireless/KM1114459<br>https://about.att.com/innovationblog/2019/08/cloud_strategy.html<br>https://www.business.att.com/content/dam/attbusiness/insights/casestudiesandpdfs/ATT-Tech-Dev-Transformation-Whitepaper.pdf<br><br>The first participant device and the second participant device may each comprise a mobile device (e.g., smartphone or tablet) capable of communicating with the AT&T network using Wi-Fi Calling or HD Voice. These mobile devices may be coupled through a packet switched network (e.g. the Internet or LTE) to a network of servers and gateways controlled by AT&T. AT&T Advanced Calling allows a first communication device to place a call or send a text message to a second communication device that is also in communication with AT&T Advanced Calling.<br><br>**What is Wi-Fi Calling?**<br><br>Wi-Fi Calling lets you talk and text over an active Wi-Fi connection. You can turn Wi-Fi Calling on or off in your phone's settings. With Wi-Fi Calling, you can call, text, and use Visual Voicemail as you do on the cellular network.<br><br>While in the U.S., Wi-Fi Calling is used when a cellular signal is weak or unavailable.<br><br>While traveling in many countries outside the U.S., your phone will automatically use the Wi-Fi network instead of a mobile network when both are available. (Wi-Fi Calling is restricted in some countries.) |

Voip-Pal.com, Inc. v. AT&T

| | https://www.att.com/features/wifi-calling/ |
|---|---|
| receiving, by at least one processor, a second participant identifier associated with the second participant device, in response to initiation of a communication from the first participant device to the second participant device, the first participant device being associated with a first participant identifier; | AT&T Advanced Calling includes processing by at least one mobile application, running on the first device (e.g., a smartphone or tablet), as well as processing by one or more AT&T servers, nodes and/or clusters. One or more of the processors on the first device receives an input associated with identifying a second participant's device when a user taps a touch screen of the first device (e.g., to identify a particular contact to call or send a message to from a contact list of the calling party). For example, the user input may comprise a partial name associated with the called party, an input on a touch screen displaying contacts, and/or a partial number associated with the called party's device—which may represent the second participant identifier. The first participant device has an associated phone number, registered with AT&T, which represents a first participant identifier.<br><br>**Devices that support Wi-Fi Calling**<br>AT&T offers convenient Wi-Fi calling and texting on select compatible devices.<br>Select **Shop now** to see if your phone supports Wi-Fi Calling or to find a phone with Wi-Fi Calling capabilities.<br><br>Shop now<br><br>https://www.att.com/features/wifi-calling/<br><br>AT&T provides such devices, capable of initiating calls on the AT&T Advanced Calling platform, to consumers through phone sales, upgrades/trade-ins and installment plans. *See*: https://www.att.com/support/article/wireless/KM1106686 |

2

Voip-Pal.com, Inc. v. AT&T

|  | **The difference is clear**<br><br>Clear conversations and reduced background noise so you feel like you're right next to each other. Make and receive high-definition voice calls and enjoy:<br><br>- Crisp call quality<br>- Less background noise<br>- Simultaneous voice and data at 4G LTE speeds<br><br>To use AT&T HD Voice, both caller and receiver need an HD Voice capable phone and must be located within HD Voice coverage areas. Not all carriers have interoperability with AT&T HD Voice.<br><br>https://www.att.com/shop/wireless/features/hd-voice.html  (*see* also FAQ tab on "HD Voice" page)<br><br>https://www.att.com/features/video-calling/  (describing video calling from Video Call capable smartphones and tablets) |
|---|---|
| causing the at least one processor to access at least one memory storing a first participant profile identifying at least one first participant attribute; | At least one processor of the first device accesses data stored on the first device and/or an AT&T server to locate a contact list for the first participant.  This information is specific to the first participant and represents at least part of a first participant profile.<br><br>For various devices that it provides or supports, AT&T provides instructions about how to manage or add contacts to a contact list, how to use a contact list to initiate Wi-Fi calling or HD Voice (including how to use the "AT&T Video Call" feature), how to connect a phone to Wi-Fi in general (or how to "Auto connect to AT&T Wi-Fi," in particular), and how to initially configure Wi-Fi Calling and HD Voice on a phone.  For example, *see*:<br><br>https://www.att.com/device-support/index/9006086/ATT/U202AA/<br>https://www.att.com/devicehowto/tutorial.html#!/stepbystep/id/stepbystep_KM1373112?make=ATT&model=U202AA<br>https://www.att.com/devicehowto/tutorial.html#!/stepbystep/id/stepbystep_KM1373042?make=ATT&model=U202AA |

3

Voip-Pal.com, Inc. v. AT&T

| | |
|---|---|
| | https://www.att.com/devicehowto/tutorial.html#!/stepbystep/id/stepbystep_KM1373147?make=ATT&model=U202AA<br><br>(How to use a contact list of AT&T Maestro phone to make calls, how to use Wi-Fi Calling, how to connect to Wi-Fi.)<br><br>https://www.att.com/device-support/index/9006086/Samsung/SamsungG892A/ (lists articles on how to add contacts to phone and make calls, including via AT&T Advanced Calling; how to connect phone to Wi-Fi)<br><br>https://www.att.com/devicehowto/tutorial.html#!/stepbystep/id/stepbystep_KM1260639?make=Samsung&model=SamsungG950U (Samsung Galaxy S8/S8+ tutorial: how to "Make & Receive an AT&T Video Call", e.g., with a contact list)<br><br>https://www.att.com/devicehowto/tutorial.html#!/stepbystep/id/stepbystep_KM1273268?make=Samsung&model=SamsungG965U (Samsung Galaxy S9/S9+ tutorial: how to "Make & Receive an AT&T Video Call", e.g., with a contact list)<br><br>https://www.att.com/support_static_files/manuals/Samsung_Galaxy_Note7_N930A.pdf (pp.52-53: calling contacts; pp. 133-135: setting up Wi-Fi Networks including access to AT&T Wi-Fi; p. 137: configuring AT&T Wi-Fi Calling)<br><br>https://www.att.com/ecms/dam/att/consumer/help/pdf/ATT-T307U-EN-UM-TN-TB9-031620-FINAL-WEB.pdf (pp. 65-71: how to use AT&T Video Call and Wi-Fi Calling from a tablet; pp. 76-77: how to use AT&T apps)<br><br>https://www.att.com/features/video-calling/ (describing making AT&T Video Calls to contacts)<br><br>https://www.att.com/shop/wireless/features/hd-voice.html (describing how to use AT&T HD Voice). |
| processing the second participant identifier and the at least one first participant attribute, using the at least one processor, to produce a new second participant identifier based on at least one match between the second | One or more processors on the mobile device process the selection of a user and retrieve a phone number associated with the displayed information. When the user enters a partial name or partial number into the search box, a list of matching contacts is stored. Each of the listed contacts has an associated phone number and/or other identifier known to AT&T. The phone number or other AT&T identifier associated with the selected contact constitutes the new second participant identifier.<br><br>https://www.att.com/devicehowto/tutorial.html#!/stepbystep/id/stepbystep_KM1373042?make=ATT&model=U202AA (how to "[s]elect the desired contact to call" from an AT&T Maestro phone) |

Voip-Pal.com, Inc. v. AT&T

| | |
|---|---|
| participant identifier and the at least one first participant attribute; | https://www.att.com/devicehowto/tutorial.html#!/stepbystep/id/stepbystep_KM1273077?make=Samsung&model=SamsungG892A (how to make an AT&T voice or audio call over Wi-Fi by using the contacts list of a Samsung Galaxy S8 Active) <br><br> https://www.att.com/ecms/dam/att/consumer/help/pdf/ATT-T307U-EN-UM-TN-TB9-031620-FINAL-WEB.pdf (pp. 55-59: calling added contacts from a contact list on a Samsung Galaxy Tab; p. 71: enabling Wi-Fi calling) <br><br> https://www.att.com/support_static_files/manuals/Samsung_Galaxy_NoteEdge_N915A.pdf (pp. 48-51: searching for contacts; p. 28: calling; pp. 7 and 38: use AT&T Ready2Go app to configure Wi-Fi connection; pp. 72-73: managing Wi-Fi settings) <br><br> https://www.att.com/features/video-calling/ (describing calling by using "Video Call" buttons in your list of contacts) |
| processing the new second participant identifier, using the at least one processor, to determine whether the second network element is the same as the first network element; | AT&T Advanced Calling determines if the first participant device is associated with the same network element as the second participant device.  On information and belief, AT&T Advanced Calling is a large scale service that operates on multiple distributed nodes and/or clusters coupled to each other over a wide area network and thus routing a communication involves determining the network elements that the first and second participant devices are associated with.  The first participant device and the second participant device may be serviced by the same network element (e.g., node and/or cluster) or a different network element (e.g., (node and/or cluster).  For example, routing of communications between devices can take place on the same node and/or cluster or may require that communications go between nodes and/or clusters. <br><br> *See*, e.g., AT&T's various disclosure of its large-scale network architecture comprising multiple network elements: <br><br> https://www.att.com/support/article/wireless/KM1114459 <br> https://about.att.com/innovationblog/2019/08/cloud_strategy.html <br> https://www.business.att.com/content/dam/attbusiness/insights/casestudiesandpdfs/ATT-Tech-Dev-Transformation-Whitepaper.pdf |
| when the second network element is determined to be the same as the first network element, producing a routing message identifying a | AT&T Advanced Calling produces a routing message that identifies an address associated with the first network element when the first and second network elements are the same. <br><br> On information and belief, AT&T Advanced Calling utilizes nodes and/or clusters to serve multiple devices.  Thus, in the case that the first and second devices are served by the same AT&T Advanced Calling node or cluster (i.e., a first network element), a routing message is produced that causes the communication to be established through the same AT&T Advanced Calling node or cluster by using a first network address associated with the first network element. |

5

Voip-Pal.com, Inc. v. AT&T

| | |
|---|---|
| first network address associated with the first network element, using the at least one processor; and | |
| when the second network element is determined not to be the same as the first network element, producing a routing message identifying a second network address associated with the second network element, using the at least one processor; | AT&T Advanced Calling produces a routing message that identifies an address associated with the second network element when the first and second network elements are not the same.<br><br>On information and belief, AT&T Advanced Calling network elements (e.g., nodes and/or clusters) are geographically distributed and coupled via the Internet and/or other wide area networks. In the case that the first and second devices are served by different AT&T Advanced Calling nodes or clusters, a routing message is produced that causes the communication to be established via the second node by using a second network address associated with the second network element. |
| wherein the packet switched communication system attempts to establish the communication from the first participant device to the second participant device based on at least one network address identified in the routing message. | AT&T Advanced Calling attempts to establish the communication from the first participant device to the second participant device based on at least one address associated with a network element identified in the routing message. |
| **14.** The method of claim 1, wherein the packet switched communication system | The AT&T Advanced Calling platform is controlled by AT&T. |

Voip-Pal.com, Inc. v. AT&T

| | |
|---|---|
| is controlled by a system operator, the method further comprising: | |
| receiving a third participant identifier associated with a third participant device, wherein the third participant device is not associated with either the first network element or the second network element; and | AT&T Advanced Calling allows communications to be placed to multiple parties.  Subsequent to the communication of claim 1, a further communication may be established from the first participant device to a third participant device.<br><br>For example, after establishing a communication between the first communication device and the second communication device, both of which are AT&T Advanced Calling users, the first participant device may attempt to establish a communication (e.g., a call or a text message) to a third participant device, identified by a third participant identifier (e.g., phone number), the latter not being an AT&T Advanced Calling user (e.g., a PSTN telephone that does not subscribe to AT&T communication services). |
| producing a routing message identifying a gateway to an external communication system that is not controlled by the system operator, using the at least one processor, to cause a further communication to be established to the third participant device. | AT&T Advanced Calling produces a routing message identifying a gateway for carrying the further communication to an external communication system when the destination third participant device is on the PSTN.  This causes a further communication to be established to the third participant device. For example, a call or text message (e.g., SMS/MMS) may be routed through a gateway to a PSTN system or cellular network that is not controlled by AT&T to reach the third participant device. |
| **15.** The method of claim 14 wherein at least a portion of the external communication system is a public switched telephone network (PSTN) | AT&T Advanced Calling produces a routing message identifying a gateway to the public switched telephone network (PSTN) when the destination device is not associated with an AT&T user.  In this scenario, the third participant identifier may comprise a PSTN phone number associated with the third participant device. |

7

Voip-Pal.com, Inc. v. AT&T

| | |
|---|---|
| communication system, and wherein the third participant identifier comprises a public switched telephone network (PSTN) number. | |